**IT IS ORDERED as set forth below:**

**Date: September 12, 2025**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| Ashley Jada Morgan | ) |
| Debtor(s). | ) |
| | ) CASE NO. 25-58695-jwc |
| | ) CHAPTER 7 |
| Progress Residential Borrower 16, LLC | ) |
| Movant. | ) Judge Jeffery W. Cavender |
| V. | ) |
| | ) CONTESTED MATTER |
| Ashley Jada Morgan, Debtor(s), | ) |
| Jason L. Pettie, Trustee | ) |
| Respondents. | ) |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On August 13, 2025, Progress Residential Borrower 16, LLC (hereinafter, "Movant")

1

filed a Motion For Relief From Automatic Stay (Doc. No. 12) (the "Motion"). The Motion concerns rented real property known as 1569 Arbor Place Dr, Morrow, GA 30260 (the "Property"). A hearing on said Motion was heard on September 11, 2025, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to the Motion was announced at the hearing by Debtor or Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a postpetition judgment within the course of a dispossessory action to recover possession of the Property. Movant may seek rent for the occupancy of the Property by the Debtor after the filing of this case under applicable Georgia law and to seek and obtain a money judgment against the Debtor for such unpaid rent, provided, however, that Movant is not permitted to pursue any collection activities on said postpetition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. sec. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s 362(s) shall remain in effect to prohibit Movant from seeking or obtaining or enforcing a personal judgment against the Debtor for any money due under the Lease or based on any obligation of Debtor under the Lease.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on said post-petition judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

| | |
|---|---|
| **Order presented by:** | THE TOTTEN FIRM, LLC |
| | 2090 Dunwoody Club Dr |
| /s/ Matthew F. Totten | Ste 106-33 |
| MATTHEW F. TOTTEN | Atlanta, GA 30350 |
| (Georgia Bar No. 798589) | Tel: (404) 692-4342 |
| | Email: mft@tottenfirm.com |

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

Karen King
King & King Law LLC
215 Pryor St SW
Atlanta, GA 30303
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jason L. Pettie
Taylor Duma LLP
Ste 200
1600 Parkwood Cir SE
Atlanta, GA 30339
Chapter 7 Trustee

Ashley Jada Morgan, Debtor
1569 Arbor Place Dr
Morrow GA 30260

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-58695-jwc |
| Ashley Jada Morgan | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Sep 15, 2025 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Jada Morgan, 1569 Arbor Place, Morrow, GA 30260-3074 |
| | + | Matthew Totten, Esq., THE TOTTEN FIRM, LLC, Ste 106-33, 2090 Dunwoody Club Dr, Atlanta, GA 30350-5434 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 17, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason L. Pettie | jpettie@taylorduma.com GA25@ecfcbis.com;jp@trustesolutions.net |
| Karen King | on behalf of Debtor Ashley Jada Morgan myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 16  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4